**Order entered April 28, 2020**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-20-00373-CV

## IN THE INTEREST OF E.L.C., C.R.C., AND G.E.C., CHILDREN

### On Appeal from the 382nd Judicial District Court
### Rockwall County, Texas
### Trial Court Cause No. 1-18-0465

## ORDER

Before the Court is appellant Father's motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** Father's brief, received on April 24, 2020, filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE